# bendau

## Exhibit A

1

**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
        chris@bendaulaw.com
*Attorneys for Plaintiff*

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF ARIZONA

9

| | |
|---|---|
| **Viridiana Avendano Flores**, individually, and on behalf of all others similarly situated, | No. |
| Plaintiff, | **PLAINTIFF VIRIDIANA AVENDANO FLORES'S CONSENT TO JOIN COLLECTIVE ACTION AS NAMED PLAINTIFF** |
| vs. | |
| **Elite Staffing Services, LLC**, an Arizona limited liability company; **CP Boulders LLC**, a Delaware limited liability company; **Columbia Sussex Corporation**, a Kentucky corporation; **John Doe Corporations I-XX**; **Dulce Matias and John Doe Matias**, and married couple, and **Joseph Rodriguez and Jane Doe Rodriguez**, a married couple, | |
| Defendants. | |

10

11

12

13

14

15

16

17

18

19

20

21

22      I, Viridiana Avendano Flores, do hereby consent to be a party plaintiff to the

23    above-entitled action. I have read the Complaint to be filed in the United States District

24    Court for the District of Arizona, and authorize my attorneys, Bendau & Bendau PLLC,

25    and their associated attorneys ("the Attorneys"), to file the First Amended Complaint on

26    my behalf and for other employees similarly situated.  I authorize the Attorneys to

27

-1-

1  represent me in the Lawsuit and make decisions on my behalf, including how to conduct

2  the Lawsuit, settlement, and all other matters related to the Lawsuit.  I agree to provide

3  the Attorneys forty percent (40%) of any recovery they obtain on my behalf in the

4
   Lawsuit or the reasonable hourly value of their legal services for time expended in the
5
   Lawsuit, as paid by Defendants, whichever is greater.  I authorize the Attorneys to deduct
6
7  from any recovery my pro rata share of any reasonable costs incurred by the Attorneys on

8  my behalf.

9

10  *Viridiana  Avendano  F.*                08/28/2024

11  Viridiana Avendano Flores                Date

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

BENDAU & BENDAU PLLC
P.O. Box 97066
Phoenix, AZ 85060

-2-

# AVENDANO FLORES; CONSENT FORM; 8-28-24

**Final Audit Report**                                        2024-08-28

Created:            2024-08-28

Adobe Acrobat Sign